NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000040
01-AUG-2017
11:05 AM

NO. CAAP-17-0000040

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
TOI NOFOA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-1504)

ORDER APPROVING THE JULY 17, 2017
STIPULATION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed July 17, 2017, by Defendant-Appellant Toi Nofoa (Appellant), it appears that (1) the appeal was docketed on March 25, 2017; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) the stipulation includes Appellant's declaration showing he understands the consequences

of voluntary dismissal, consistent with HRAP Rule 42(c); and (5) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, August 1, 2017.


Chief Judge


Associate Judge


Associate Judge